FILED

MAR - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online

# United States District Court
# For the District of Columbia

Teva Pharmaceuticals USA, Inc.    )
                                  )
                                  )
                                  )
            vs    Plaintiff       )    Civil Actio
                                  )
Michael O. Leavitt, et al.        )
                                  )
                                  )
            Defendant             )

Case: 1:08-cv-00395
Assigned To : Lamberth, Royce C.
Assign. Date : 3/4/2008
Description: TRO/PI

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Teva Pharmaceuticals USA, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Teva Pharmaceuticals USA, Inc.  which have any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

DDC  449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz, P.C.
Print Name

655 Fifteenth Street, N.W.
Address

Washington    DC    20005
City          State  Zip Code

(202) 879-5000
Phone Number

