AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FILED
MAR - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Teva Pharmaceuticals USA, Inc.

        Plaintiff(s)  )  **APPEARANCE**
           )
           )
        vs.  )  C  Case: 1:08-cv-00395
Michael O. Leavitt, et al.  )  Assigned To : Lamberth, Royce C.
           )  Assign. Date : 3/4/2008
        Defendant(s)  )  Description: TRO/PI

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael D. Shumsky   as counsel in this
                (Attorney's Name)

case for:   Teva Pharmaceuticals USA, Inc.
             (Name of party or parties)

2/24/08
Date

_____
Signature

495078
BAR IDENTIFICATION

Michael D. Shumsky
Print Name

655 Fifteenth Street, N.W.
Address

Washington    DC    20005
City    State    Zip Code

(202) 879-5000
Phone Number

3