AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

**FILED**
MAR 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Teva Pharmaceuticals USA, Inc.

   Plaintiff(s)   )
           ) **APPEARANCE**
           )
           )
   vs.       ) Case: 1:08-cv-00395
Michael O. Leavitt, et al.   ) Assigned To : Lamberth, Royce C.
           ) Assign. Date : 3/4/2008
   Defendant(s)  ) Description: TRO/PI

To the Clerk of this court and all parties of record:

Please enter the appearance of   Gregory L. Skidmore   as counsel in this
              (Attorney's Name)

case for:   Teva Pharmaceuticals USA, Inc.
     (Name of party or parties)

2/27/08
Date

/s/ Gregory L. Skidmore
Signature

974024
BAR IDENTIFICATION

Gregory L. Skidmore
Print Name

655 Fifteenth Street, N.W.
Address

Washington DC 20005
City State Zip Code

(202) 879-5000
Phone Number