UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary, ) <br> U.S. Department of Health and Human ) <br> Services, *et al*., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-0395 (RCL) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

The defendants, Michael O. Leavitt, Secretary of Health and Human Services, Andrew C. von Eschenbach, M.D., Commissioner of Food and Drugs, and the U.S. Food and Drug Administration hereby request a three-day extension of time to respond to plaintiff's motion for a preliminary injunction. Plaintiff's motion was filed on March 4, 2008, and under the local rules of this Court defendants' response is due March 11. Defendants seek an extension of time to Friday, March 14 to file their response. The grounds for this motion are that the press of other matters has prevented counsel from preparing the government's response. Government counsel has spoken with plaintiff's counsel, and plaintiff does not oppose this motion. A proposed order is attached.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| JAMES C. STANSEL<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| GERALD F. MASOUDI<br>Associate General Counsel<br>Food and Drug Division | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General |
| | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | |
| SHOSHANA HUTCHINSON<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane, GCF-1<br>Rockville, MD  20857<br>301-827-8579 | _____/s/_____<br>DRAKE CUTINI<br>Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>202-307-0044<br>Fax: 202-514-8742<br>drake.cutini@usdoj.gov |
| March 10, 2008 | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health and Human )<br>Services, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0395 (RCL) |

**ORDER**

Upon consideration of defendants' unopposed motion for a three-day extension of time to respond to plaintiff's motion for a preliminary injunction, it is hereby

ORDERED that the motion is granted, and defendants' response to plaintiff's motion for a preliminary injunction is due on or before March 14, 2008.


Date: _____

_____
ROYCE C. LAMBERTH
United States District Judge