U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Teva Pharmaceuticals USA, Inc.

vs.

Michael O' Leavitt, in his official capacity as Secretary of Health and Human Services, et al.

No. 1:08-CV-00395 RCL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SCOTT KUCIK, having been duly authorized to make service of the Summons; Civil Cover Sheet; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Certificate Rule LCvR 7.1; Appearance of Jay P. Lefkowitz PC; Appearance of Michael D. Shumsky; Appearance of Gregory L. Skidmore; Teva Pharmaceutical USA, Inc.'s Complaint for Declaratory and Injunctive Relief with Exhibits; Plaintiff's Motion for Expedited Preliminary Injunctive Relief; Teva Pharmaceuticals USA, Inc.'s Memorandum in Support of its Motion for a Preliminary Junction with Exhibits; Plaintiff's Motion to File Under Seal the Unredacted Declaration of David Marshall; and [Proposed] Order in the above entitled case, hereby depose and say:

That my date of birth / age is 04-15-1966.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:15 pm on March 4, 2008, I served The Honorable Michael B. Mukasey, United States Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, General Clerk, authorized to accept. Described herein:

SEX- FEMALE
AGE- 57
HEIGHT- 5'5"
HAIR- BLACK
WEIGHT- 115
RACE- BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  3-5-08
             Date

SCOTT KUCIK
1827 18th Street, NW
Washington, DC 20009
Our File#- 202846