U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Teva Pharmaceuticals USA, Inc.

vs.

Michael O' Leavitt, in his official capacity as Secretary of Health and Human Services, et al.

No. 1:08-CV-00395 RCL

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, SCOTT KUCIK, having been duly authorized to make service of the Summons; Civil Cover Sheet; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Certificate Rule LCvR 7.1; Appearance of Jay P. Lefkowitz PC; Appearance of Michael D. Shumsky; Appearance of Gregory L. Skidmore; Teva Pharmaceutical USA, Inc.'s Complaint for Declaratory and Injunctive Relief with Exhibits; Plaintiff's Motion for Expedited Preliminary Injunctive Relief; Teva Pharmaceuticals USA, Inc.'s Memorandum in Support of its Motion for a Preliminary Junction with Exhibits; Plaintiff's Motion to File Under Seal the Unredacted Declaration of David Marshall; and [Proposed] Order in the above entitled case, hereby depose and say:

That my date of birth / age is 04-15-1966.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:00 pm on March 4, 2008, I served Michael O' Leavitt, in his official capacity as Secretary of Health and Human Services at 200 Independence Avenue, SW, Washington, DC 20204 by serving Yeshi Woldegeorgie, Executive Assistant to the Office of General Counsel, authorized to accept.  Described herein:

```
    SEX-   FEMALE
    AGE-   25
 HEIGHT-   5'5"
   HAIR-   BLACK
 WEIGHT-   115
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3-5-08___
                 Date

SCOTT   KUCIK
1827 18th Street, NW
Washington, DC 20009
Our File#- 202843