**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, in his official capacity ) | |
| as Secretary of Health and Human Services; ) | Case No. 08-395-RML |
| ) | |
| ANDREW C. VON ESCHENBACH, M.D., in ) | |
| his official capacity as Commissioner of Food and Drugs; ) | |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| MYLAN PHARMACEUTICALS INC. ) | |
| ) | |
| Proposed Intervenor-Defendant. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO SCHEDULE ORAL ARGUMENT**

Pursuant to Local Civil Rule 65.1(d), plaintiff Teva Pharmaceuticals USA, Inc. ("Teva") hereby moves this Court to schedule oral argument in the above-captioned case for Monday, March 24, 2008. Counsel for Teva has conferred with Drake S. Cutini, who represents the federal defendants in this action, and William A. Rakoczy, who represents proposed intervenor Mylan Pharmaceuticals Inc., regarding this motion. Both indicated that their respective clients have no objection to this motion.

1. Teva filed this action on March 4, 2008, and the same day served each named defendant with the Complaint, Motion for Expedited Preliminary Injunctive Relief (the "Motion"), Memorandum in Support of the Motion, and other associated papers.

2. Defendants' memorandum in opposition to the Motion was due on Tuesday, May 11, *see* Local Civ. R. 65.1(c), but they moved for a brief extension of time, to and including today (May 14).

3. Teva expects to file its reply memorandum in support of the Motion no later than Wednesday, May 19.

4. In order to prepare for its launch of generic risperidone tablets, Teva needs to make *immediate* manufacturing, production, and packaging commitments, and the extent of those commitments depends on whether this Court orders defendants to award Teva 180-day marketing exclusivity under the Hatch-Waxman Act. *See* Decl. of David Marshall ¶¶ 16-18 (attached as Exh. 10 to the Memorandum); *see also id.* ¶ 14 (explaining that the award or denial of 180-day exclusivity would have a significant impact on Teva's anticipated market share—and, consequently, its production requirements—for generic risperidone tablets). Prompt resolution of the purely legal issue presented in the Motion thus will enable Teva to make appropriate resource commitments without adversely affecting the remainder of Teva's pipeline or delaying Teva's upcoming entry into the market for generic risperidone tablets. *See id.* at ¶¶ 17-18.

For the foregoing reasons, this Court should schedule oral argument in the above-captioned matter for Monday, March 24, 2008.

Dated: March 14, 2008                    Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　_____/s_____

　　　　　　　　　　　　　　　　　　　　Jay P. Lefkowitz, P.C. (D.C. Bar No. 449280)
　　　　　　　　　　　　　　　　　　　　Michael D. Shumsky (D.C. Bar No. 495078)
　　　　　　　　　　　　　　　　　　　　Gregory L. Skidmore (D.C. Bar No. 974024)
　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street NW, Suite 1200
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　(202) 879-5000
　　　　　　　　　　　　　　　　　　　　(202) 879-5200 fax

　　　　　　　　　　　　　　　　　　　　*Counsel for Teva Pharmaceuticals USA, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, I caused a copy of PLAINTIFF'S UNOPPOSED MOTION TO SCHEDULE ORAL ARGUMENT to be served upon the following attorneys through the Court's ECF filing system:

Drake S. Cutini
U.S. DEPARTMENT OF JUSTICE
Office of Consumer Litigation
P.O. 386
Washington, DC 20044
(202) 307-0044
Fax: (202) 514-8742
Email: drake.cutini@usdoj.gov

*Counsel for the Federal Defendants*

William A. Rakoczy
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
(312) 222-6301
Email: wrakoczy@rmmslegal.com

*Counsel for Proposed Intervenor Mylan Pharms. Inc.*

_____/s_____
Michael D. Shumsky
*Counsel for Teva Pharmaceuticals USA, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, Inc. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, in his official capacity ) <br> as Secretary of Health and Human Services; ) <br> ) <br> ANDREW C. VON ESCHENBACH, M.D., in ) <br> his official capacity as Commissioner of Food and Drugs; ) <br> ) <br> UNITED STATES FOOD AND DRUG ) <br> ADMINISTRATION, ) <br> ) <br> Defendants, ) <br> ) <br> MYLAN PHARMACEUTICALS INC. ) <br> ) <br> Proposed Intervenor-Defendant. ) | Case No. 08-395-RML |

## [PROPOSED] ORDER

Upon consideration of Teva Pharmaceuticals USA, Inc.'s Unopposed Motion To Schedule Oral Argument, it is hereby

**ORDERED** that Teva Pharmaceuticals USA, Inc.'s motion is **GRANTED**. Oral argument is scheduled for Monday, March 24, 2008, at 10 A.M.

**DATED**: March __, 2008

_____
United States District Judge