# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary of ) <br> Health and Human Services, ) <br> ) <br> ANDREW C. VON ESCHENBACH, ) <br> Commissioner of Food and Drugs, and ) <br> ) <br> U.S. FOOD AND DRUG ADMINISTRATION, ) <br> ) <br> Defendants, ) <br> ) <br> MYLAN PHARMACEUTICALS INC., ) <br> ) <br> Proposed Intervenor-Defendant. ) | Case No. 08-cv-395 (RCL) |

## ORDER

The Court having considered Mylan Pharmaceuticals Inc.'s ("Mylan") Motion to Intervene as a Defendant, the papers and submissions of the parties, and the arguments and authorities of counsel, hereby finds that Mylan is entitled to intervene in this matter, pursuant to Federal Rule of Civil Procedure 24, in order to protect its legal and economic interests that are not otherwise adequately protected by the parties. It is therefore:

**ORDERED AND ADJUDGED** that Mylan's motion be, and hereby is, **GRANTED**.

Mylan is granted leave to participate in this action as a party-defendant.

**SO ORDERED.**

SIGNED this 20th day of March 2008.

_____/s/_____
U.S. District Judge Royce C. Lamberth