# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
)
TEVA PHARMACEUTICALS USA, Inc.                          )
                                                        )
                         Plaintiff,                     )
                                                        )
            v.                                          )
                                                        )
MICHAEL O. LEAVITT, in his official capacity            )
as Secretary of Health and Human Services;             )          Case No. 08-395-RML
                                                        )
ANDREW C. VON ESCHENBACH, M.D., in                      )
his official capacity as Commissioner of Food and Drugs; )
                                                        )
UNITED STATES FOOD AND DRUG                             )
ADMINISTRATION,                                         )
                                                        )
                         Defendants,                    )
                                                        )
MYLAN PHARMACEUTICALS INC.                              )
                                                        )
                  Intervenor-Defendant.                 )
                                                        )
_____)

### ORDER

Upon consideration of Teva Pharmaceuticals USA, Inc.'s Superseding Motion To Set Briefing Deadlines and Schedule Oral Argument, it is hereby

**ORDERED** that Teva Pharmaceuticals USA, Inc.'s motion is **GRANTED** in part and **DENIED** in part. Mylan shall file its brief in intervention by 5 p.m. on Wednesday, March 26. Teva shall file its reply brief by April 1, 2008. Oral argument is scheduled for Friday, April 4, 2008, at 10:00 A.M.

**DATED**: March 20, 2008                          _____/s/_____
                                                   United States District Judge