**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of<br>Health and Human Services,<br><br>ANDREW C. VON ESCHENBACH,<br>Commissioner of Food and Drugs, and<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>    Defendants,<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>    Proposed Intervenor-Defendant. | Case No. 08-cv-395 (RCL) |

**MYLAN PHARMACEUTICALS INC.'S**
**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1**

I, the undersigned, counsel of record for Mylan Pharmaceuticals Inc. ("Mylan"), certify to the best of my knowledge and belief, that the following are parent companies, subsidiaries or affiliates of Mylan which have any outstanding securities in the hands of the public:

        Mylan Inc.

These representations are made in order that judges of this court may determine the need for recusal.

-2-

Dated:  March 11, 2008.                    Respectfully submitted,

                                           MYLAN PHARMACEUTICALS INC.

                                    By:    _/s/ William A. Rakoczy_____
                                           One of its attorneys

William A. Rakoczy, D.C. Bar No. 489082
Christine J. Siwik
Lara E. FitzSimmons
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60610
(312) 222-6301
(312) 222-6321 (facsimile)

*Counsel for Proposed Intervenor-Defendant,*
*Mylan Pharmaceuticals Inc.*