UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, )<br><br>ANDREW C. VON ESCHENBACH, )<br>Commissioner of Food and Drugs, and )<br><br>U.S. FOOD AND DRUG ADMINISTRATION, )<br><br>Defendants, )<br><br>MYLAN PHARMACEUTICALS INC., )<br><br>Intervenor-Defendant. )<br> ) | Case No. 08-cv-395 (RCL) |

## MOTION OF APOTEX, INC. FOR EXPEDITED CONSIDERATION

Apotex, Inc. ("Apotex") submits this motion requesting expedited consideration of its currently pending motion to intervene.  That motion, filed on April 22, 2008, has been fully briefed since April 25, 2008.  Only Teva Pharmaceuticals USA, Inc. ("Teva") filed an opposition.  Neither the Federal Defendants nor Mylan Pharmaceuticals Inc. ("Mylan") opposes the motion.

As the Court is aware, this case involves the question of whether Teva is entitled to 180-day exclusivity for its generic risperidone drug.  The Food and Drug Administration ("FDA") had determined that no generic manufacturer had 180-day exclusivity and, therefore, other generic manufacturers could expect to launch their generic risperidone products on June 29, 2008.  This Court's ruling reversed FDA's decision, holding that Teva is entitled to 180-day exclusivity.  As a result, only Teva may market generic risperidone beginning on June 29, 2008.

Apotex has great respect for this Court, its workload and schedule, and respectfully requests that the Court resolve the pending motion to intervene as expeditiously as possible. Apotex intends, given the importance of the issues raised in this case, to pursue an appeal to the United States Court of Appeals for the District of Columbia Circuit. That Court would need adequate time to consider the issues. Even on an emergency basis, delay will impair that Court's ability to consider any request for a stay filed by a party.[1]

Delay in seeking review is not in the public interest. If Teva's product is the only generic product approved for six months, patients and third-party payers (including Medicaid) will be harmed because they can expect to pay higher prices for both brand name and generic risperidone than they would if other generics were able to compete. Because risperidone is used by such a large portion of the U.S. population, the harm to patients and third-party payers would be substantial. The harm to Apotex alone is significant. If Teva succeeds in preserving the exclusivity awarded by this Court's Order, Teva will obtain a substantial advantage in capturing market share for risperidone tablets while Apotex and other generic competitors are excluded. See, e.g., Declaration of Tammy L. McIntire, ¶¶ 15-19.

---

1. The Circuit Rules of the United States Court of Appeals for the District of Columbia Circuit, allow a party eight days to file a response to a motion for a stay or injunction pending appeal and five days for a reply, not including Saturdays and Sundays. Briefing alone therefore, consumes 22 days. Given the complexity of the issues, it would be desirable to provide the Court of Appeals sufficient time to consider the papers and issue a decision.

The government does not oppose an expedited decision on Apotex's pending motion. Teva's counsel has indicated Teva opposes this motion. Mylan's counsel has not responded to undersigned counsel's phone call requesting Mylan's position.

Respectfully submitted,

Carmen M. Shepard
D.C. Bar No. 331314
Kate C. Beardsley
D.C. Bar No. 416806

Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Proposed Intervenor-
    Defendant, Apotex, Inc.

Dated: May 12, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Motion of Apotex, Inc. for Expedited

Consideration, Proposed Order and Certificate of Service, were served on May 12, 2008, by first

class mail, postage pre-paid, and by electronic mail upon:

Jay P. Lefkowitz, Esq.
Michael D. Shumsky, Esq.
Gregory L. Skidmore, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040
e-mail: JLefkowitz@kirkland.com
MShumsky@kirkland.com
GSkidmore@kirkland.com

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0044
e-mail: Drake.Cutini@usdoj.gov

Shoshana Hutchinson, Esq.
Office of Chief Counsel
Food and Drug Administration
5600 Fishers Lane (GCF-1)
Rockville, MD  20857
e-mail:  Shoshana.hutchinson@fda.hhs.gov

William A. Rakoczy, Esq.
Rakoczy Molino Mazzochi Siwik, LLP
6 West Hubbard Street
Suite 500
Chicago, IL  60610
(312) 222-6301
e-mail: wrakoczy@rmmslegal.com

Carmen M. Shepard

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC.,      ) | |
|        Plaintiff,        ) | |
|       v.          ) | Case No. 08-cv-395 (RCL) |
| MICHAEL O. LEAVITT, Secretary of      ) | |
| Health and Human Services,       ) | |
| ANDREW C. VON ESCHENBACH,    ) | |
| Commissioner of Food and Drugs, and    ) | |
| U.S. FOOD AND DRUG ADMINISTRATION,  ) | |
|        Defendants,       ) | |
| MYLAN PHARMACEUTICALS INC.,    ) | |
|        Intervenor-Defendant.       ) | |

<u>[PROPOSED] ORDER</u>

Before me is the Motion of Apotex, Inc. seeking expedited consideration of its motion for

leave to intervene in the above-captioned case for the purpose of pursuing an appeal.  Having

considered the Motion, any opposition thereto, and the remainder of the record in this case,

IT IS ORDERED that the motion be GRANTED.

Dated: _____

_____
United States District Judge

Pursuant to Local Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of this Order:


Jay P. Lefkowitz, Esq.
Michael D. Shumsky, Esq.
Gregory L. Skidmore, Esq.
Kirkland & Ellis LLP
655 15th Street, NW
Washington, D.C. 20005
(202) 879-5040
e-mail: JLefkowitz@kirkland.com
MShumsky@kirkland.com
GSkidmore@kirkland.com

Drake S. Cutini, Esq.
Office of Consumer Litigation
U.S. Department of Justice
National Place Building
Room 950 N
1331 Pennsylvania Avenue, NW
Washington, D.C. 20004
(202) 307-0044
e-mail: Drake.Cutini@usdoj.gov

Shoshana Hutchinson, Esq.
Office of Chief Counsel
Food and Drug Administration
5600 Fishers Lane (GCF-1)
Rockville, MD 20857
e-mail: Shoshana.hutchinson@fda.hhs.gov

William A. Rakoczy, Esq.
Rakoczy Molino Mazzochi Siwik, LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222-6301
e-mail: wrakoczy@rmmslegal.com

Carmen M. Shepard, Esq.
Kate C. Beardsley, Esq.
Buc & Beardsley
919 Eighteenth Street, NW
Suite 600
Washington, D.C. 20006
(202) 736-3600
email: cshepard@bucbeardsley.com