UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health and Human )<br>Services, *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>MYLAN PHARMACEUTICALS INC., )<br>)<br>Intervenor-Defendant. )<br>) | Civil Action No. 08-0395 (RCL) |

**NOTICE OF APPEAL**

The defendants, Michael O. Leavitt, Secretary of Health and Human Services, Andrew C. von Eschenbach, M.D., Commissioner of Food and Drugs, and the U.S. Food and Drug Administration hereby appeal from this Court's final decision and order of April 11, 2008, and all other orders and decisions in this case.

| Of Counsel: | Respectfully submitted, |
|---|---|
| | |
| THOMAS R. BARKER | GREGORY G. KATSAS |
| Acting General Counsel | Acting Assistant Attorney General |
| | |
| GERALD F. MASOUDI | C. FREDERICK BECKNER III |
| Associate General Counsel | Deputy Assistant Attorney General |
| Food and Drug Division | |
| | EUGENE M. THIROLF |
| ERIC M. BLUMBERG | Director |
| Deputy Chief Counsel, Litigation | |

SHOSHANA HUTCHINSON
Associate Chief Counsel, Litigation           /s/
U.S. Dept. of Health & Human Services   DRAKE CUTINI
Office of the General Counsel                    Attorney
5600 Fishers Lane, GCF-1                         Office of Consumer Litigation
Rockville, MD  20857                                U.S. Department of Justice
301-827-8579                                            P.O. Box 386
                                                                  Washington, D.C. 20044
May 16, 2008                                            202-307-0044
                                                                  Fax: 202-514-8742
                                                                  drake.cutini@usdoj.gov