**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TEVA PHARMACEUTICALS USA, Inc.,** )<br><br>**Plaintiff,** )<br>**v.** )<br> )<br>**MICHEAL O. LEAVITT, in his official** )<br>**capacity as Secretary of Health and Human** )<br>**Services,** *et al.,* )<br> )<br>**Defendants,** )<br> )<br>**MYLAN PHARMACEUTICALS INC.,** )<br> )<br>**Intervenor-Defendant.** ) | **Civil Action No. 08-395 (RCL)** |

**ORDER**

Upon consideration of Apotex, Inc.'s Motion [28] to Intervene as a Defendant, the opposition and reply thereto, and the record herein, it is hereby

ORDERED that the motion be, and is hereby, DENIED. The motion, which was not made until after this Court entered judgment in this case, is rejected as untimely as Apotex had adequate opportunity to intervene prior to this Court's ruling. It is further

ORDERED that Apotex's Motion [32] to Expedite Consideration of Motion to Intervene be, and is hereby, DENIED AS MOOT.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 3, 2008.