IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TEVA PHARMACEUTICALS USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of Health and Human Services, <br><br> ANDREW C. VON ESCHENBACH Commissioner of Food and Drugs, and <br><br> U.S. FOOD AND DRUG ADMINISTRATION, <br><br> Defendants, <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Intervenor-Defendant | Civil Action No. 08-cv-395 (RCL) |

## NOTICE OF APPEAL

Notice is hereby given that Apotex, Inc., potential intervenor-defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from an order denying Apotex, Inc.'s Motion to Intervene as a Defendant entered in this action on June 3, 2008. In addition, Apotex, Inc. hereby appeals from this Court's final decision and order of April 11, 2008, and all other orders and decisions in this case.

Dated: June 5, 2008

Respectfully submitted,

*[signature]*

Carmen M. Shepard
D.C. Bar No. 331314
Kate C. Beardsley
D.C. Bar No. 416806

Buc & Beardsley
919 Eighteenth Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 736-3600

Counsel for Proposed Intervenor-Defendant
  Apotex, Inc.

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

| | |
|---|---|
| Counsel for Proposed Intervenor-Defendant, Apotex, Inc. | Carmen M. Shepard<br>Kate C. Beardsley<br>Buc & Beardsley<br>919 Eighteenth Street, N.W., Suite 600<br>Washington, D.C. 20006<br>(202) 736-3600 |
| Counsel for Intervenor-Defendant, Mylan Pharmaceuticals Inc. | William A. Rakoczy<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, IL 60610 |
| Counsel for Defendants<br>Michael O. Leavitt,<br>Andrew C. Von Eschenbach, and<br>U.S. Food and Drug Administration | Drake Cutini<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br><br>Shoshana Hutchinson<br>Associate Chief Counsel, Litigation<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane, GCF-1<br>Rockville, MD 20857 |
| Counsel for Plaintiff,<br>Teva Pharmaceuticals USA, Inc. | Jay P. Lefkowitz<br>Kirkland & Ellis LLP<br>655 15th Street, N.W., Suite 1200<br>Washington, D.C. 20005 |