# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

## No. 08-5178

## September Term 2007

### 1:08-cv-00395-RCL

**Filed On:** June 30, 2008

Teva Pharmaceuticals, USA, Inc.,

    Appellee

Apotex, Inc.,

    Appellant

    v.

Michael O. Leavitt, in his official capacity as Secretary of Health and Human Services, et al.,

    Appellees

----------

**08-5141**

**MANDATE**

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**1:08-cv-00395-RCL**

Teva Pharmaceuticals, USA, Inc.,

    Appellee

    v.

Michael O. Leavitt, in his official capacity as Secretary of Health and Human Services, et al.,

    Appellants

Mylan Pharmaceuticals, Inc.,

    Appellee

A True copy:

    United States Court of Appeals
    for the District of Columbia Circuit

By:_____ Deputy Clerk

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5178**                                         **September Term 2007**

**BEFORE:**   Ginsburg, Randolph, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of this court's order to show cause filed June 11, 2008, Apotex's response thereto, and Teva Pharmaceutical's reply; the unopposed motion to consolidate the above captioned cases; and the motion to stay, the responses thereto, and the reply, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that in case No. 08-5178, the district court's order filed June 3, 2008 be summarily affirmed.  The district court did not abuse its discretion in denying Apotex's motion to intervene as untimely.  See Acree v Republic of Iraq, 370 F.3d 41, 49 (D.C. Cir. 2004).  It is

**FURTHER ORDERED** that the pending motions to consolidate and for stay be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate in case No. 08-5178 until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
MaryAnne McMain
Deputy Clerk/LD